■ In the Matter of UNION HILL CASH & CARRY LUMBER CO., INC., Respondent, v. PETER P. LESCO, Doing Business as P-L CONSTRUCTION CO., Appellant.— Order unanimously reversed, without costs of this appeal to either party, and motion denied, without costs, without prejudice to the right to renew upon a proper showing that bankruptcy court has granted petitioner leave to pursue its remedy under the Lien Law in a State court. Memorandum: Under the circumstances of this case no proceedings should have been taken in the State court without permission of the bankruptcy court. (Thompson v. Magnolia Co., 309 U. S. 478, 483; 1 Collier, Bankruptcy [14th ed.], § 2.07.) (Appeal from an order of Monroe Special Term granting petitioner's motion directing respondent to furnish a verified statement pursuant to section 76 of the Lien Law.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.

■ MARIE K. LOOMIS et al., Appellants, v. GENESEE VALLEY UNION TRUST COMPANY, as Executor of AUGUSTINE J. CROMBACH, Deceased, Respondent.— Judgment unanimously reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: The verdict of the jury was contrary to the weight of evidence. (Appeal from judgment of Monroe Trial Term dismissing the complaint on the merits, in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM GRINDER, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. Order unanimously affirmed, without costs of this appeal to either party. Memorandum: In this habeas corpus proceeding we have reviewed the contentions of the appellant and also those raised by implication that were passed on in the prior article 78 proceeding decided in April, 1963, and find them to be without merit. (Appeal from order of Cayuga Special Term denying, without a hearing, petition by relator for a writ of habeas corpus.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD EDGAR MARTIN, Appellant.— Order unanimously affirmed. (See People v. Liss, 14 N Y 2d 570.) (Appeal from order of Wayne Trial Term denying, without a hearing, motion to vacate a judgment of conviction for murder, first degree, rendered November 7, 1946.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ In the Matter of WHITMIER & FERRIS CO., INC., v. R. BURDELL BIXBY, et al., Individually and Constituting the New York State Thruway Authority, Respondents.— Judgment unanimously affirmed, with costs. Memorandum: The petition does not state facts sufficient to entitle appellant to the relief demanded therein and was properly dismissed. (Appeal from a judgment of Erie Special Term dismissing the petition.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.